FILED
ENTERED
LODGED
RECEIVED

NOV - 2 2010

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

10-CV-00863-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| KENNETH W. DENTON, | Case No. 10-cv-00863-JLR |
|---|---|
| Plaintiff, | ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

The Court, after careful consideration of the plaintiff's complaint, the Report and

Recommendation of the Honorable James P. Donohue, and the balance of the record, does

hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    The final decision of the Commissioner is REVERSED and the case is

REMANDED to the Social Security Administration for further administrative proceedings

consistent with the Report and Recommendation.

(3)    The Clerk is directed to send copies of this Order to the parties and to Judge

Donohue.

DATED this 2 day of _____November_____, 2010.

_____
JAMES L. ROBART
United States District Judge

ORDER
PAGE - 1